UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SYRIANE BALDWIN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Docket No. 1:17-cr-0012-NT |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 22, 2019, his Recommended Decision on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 276). The Petitioner filed an objection to the Recommended Decision on December 9, 2019 (ECF No. 279). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED** and the Petitioner's 28 U.S.C. § 2255 Petition (ECF No. 267) is **DENIED**. It is further **ORDERED** that no certificate of appealability should issue in the

event the Plaintiff files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 9th day of January, 2020.