# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| SYRIANE BALDWIN, | ) Docket No. 1:17-cr-00012-NT-02 |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION FOR COMPASSIONATE RELEASE

Syriane Baldwin filed a *pro se* motion for compassionate release on June 5, 2020. Motion (ECF No. 291). After reviewing his motion, I issued an order to show cause why the motion should not be denied because Mr. Baldwin failed to wait 30 days to file his claim after requesting release from the Warden at FCI Fort Dix, he is only 33 years old and in generally good health, and he had served less than 25% of his sentence at the time of his motion. Order to Show Cause (ECF No. 294). Mr. Baldwin did respond to the Order to Show Cause, and accordingly his motion for compassionate release (ECF No. 291) is **DENIED**.

SO ORDERED.

/s/ Nancy Torresen  
United States District Judge

Dated: August 5, 2020